**Circuit Court of Fremont County (Lander)**     User: gblackburn

Roa Listing
All Locations
CV-2024-0000072

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **Juan Laden vs. United State Postal Service et al.** | | | | |
| 05/29/2024 | NOT-EMAIL | CASE FILE SENT Email Notification sent to: Brianna.Mason@usdoj.gov at the State Attorney's office | gblackburn | Coombs, Jefferson |
| 05/29/2024 | ORD-DISMISSING | Order of Dismissal - Removed to Federal Court<br>Copy to Pl, US Atty | gblackburn | Coombs, Jefferson |
| 05/28/2024 | ORD-ORDER | Order of Removal recevieved by US District Court of WY | gblackburn | Coombs, Jefferson |
| 05/23/2024 | NOT-NOTICE | Notice of Removal received. Section 1446 (d) of Title 28 of the United States Code effects the removal from the State Court by the Untied States Attorney to the Unitized States District Court. | gblackburn | Coombs, Jefferson |
| 05/15/2024 | DOCSERVICE-SERVED | Summons Served on United State Postal Service on 05/14/2024<br>Copy to Pl 05/15/24 | gblackburn | Coombs, Jefferson |
| 05/15/2024 | DOCSERVICE-SERVED | Summons Served on Patrick Hollingshead on 05/14/2024<br>Copy to Pl 05/15/24 | gblackburn | Coombs, Jefferson |
| 04/24/2024 | HEA-SCHEDULED | Hearing Scheduled - Small Claims May 31, 2024 10:30 AM | gblackburn | Coombs, Jefferson |
| 04/24/2024 | DOCSERVICE-ISSUED | Summons - Patrick Hollingshead was Issued on 04/24/2024<br>Copy to Pl, Def, FCSO | gblackburn | Coombs, Jefferson |
| 04/24/2024 | DOCSERVICE-ISSUED | Summons - United State Postal Service was Issued on 04/24/2024<br>Copy to Pl, Def, FCSO | gblackburn | Coombs, Jefferson |
| 04/22/2024 | SUM-SMALL-CLAIMS | Small Claims Affidavit<br>Copy to Pl, USPS, Hollingshead | gblackburn | Coombs, Jefferson |
| 04/22/2024 | COV-CIVIL-COVER-SHEET | Civil Cover Sheet | gblackburn | Coombs, Jefferson |
| 04/22/2024 | NEW-CIVIL | CV-Small Claims Filing Fee Paid by: Laden, Juan Rcpt #: 108726 Dated: 04/24/2024  Amount: $10.00  For: | gblackburn | Coombs, Jefferson |